No. 71–1192. GOLDSTEIN ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. [Certiorari granted, 406 U. S. 956.] Motion of Recording Industry Association of America, Inc.; et al. for leave to participate in oral argument as *amici curiae* denied.

No. 71–6757. FONTAINE *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, *ante,* p. 978.] Motion of petitioner for appointment of counsel granted. It is ordered that Steven M. Umin, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 72–312. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. *v.* WARE ET AL. Ct. App. Cal., 1st App. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 72–5324. MCCRARY *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.

No. 72–5336. STEELE *v.* LAMBROS, JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 72–214. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* WICHITA BOARD OF TRADE ET AL.; and

No. 72–433. INTERSTATE COMMERCE COMMISSION *v.* WICHITA BOARD OF TRADE ET AL. Appeals from D. C. Kan. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument.

No. 72–350. UNITED STATES *v.* STATE TAX COMMISSION OF MISSISSIPPI ET AL. Appeal from D. C. S. D. Miss. Probable jurisdiction noted.